FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Sean F. Ghoens
_____plaintiff_____

V.

A. Grandjean (drug treatment specialist)
et al_____    defandants

**FILED**
MAY 21 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

In the United States District
Court For <u>Southern West Virginia</u>

case no. <u>5:08-0332</u>

JURY TRIAL DEMANDED

1. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES( ) NO(X)

2. Place of Present Confinement <u>Federal Correctional Institution Beckley</u>
   <u>P.O. Box 350, Beaver WV, 25813</u>
   A. Is there a prisoner grievance procedure in this institution? YES(X) NO( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? YES(X) NO( )
   C. If your answer is Yes
      1. What steps did you take? <u>Administrative Remedy Process</u>
         <u>BP-9, BP-10, BP-11</u>
      2. What was the result? <u>My appeal was denied</u>

3. Parties
   A. Name of Plaintiff <u>Sean F. Ghoens</u>
      address <u>P.O. Box 350, Beaver, WV 25813</u>
      *Home address <u>9820 Spring Harvest Drive,</u>
                    <u>Charlotte, NC 28227</u>
   B. Defendant <u>A. Grandjean (drug treatment specialist)</u>

4. Statement of Claim <u>discrimination, mental and emotional distress,</u>
   <u>psychological injury, intangible, financial harms.</u>
   <u>I did not recieve equal protection under the law.</u>

5. Relief <u>immediate release or remedy, lost wages/damages, punitive damages,</u>
   <u>and any other relief this court deems necessary.</u>

Signed this <u>18th</u> day of <u>May</u>, 2008.

<u>Sean F. Ghoens</u>
Sean F. Ghoens

I declare under penalty of perjury that the foregoing is true and correct.

<u>5/18/2008</u>        <u>Sean F. Ghoens</u>
DATE                  Sean F. Ghoens

Sean F. Ghoens 19781-058
Federal Correctional Institution Beckley
P.O. Box 350
Beaver, WV 25813

Robert C. Byrd U.S. Courthouse and Federal Building
110 N. Heber Street
Beckley, WV 25801

ATTN: Clerk of Court